254        APPELLATE COURTS OF ILLINOIS.

Mack v. General Accident Fire & Life Assur. Corp., 205 Ill. App. 254.

## Edward D. Mack, Appellee, v. General Accident Fire & Life Assurance Corporation, Limited, Appellant.

### Gen. No. 22,331.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Reversed and judgment here with findings of fact. Opinion filed April 10, 1917.

### Statement of the Case.

Action by Edward D. Mack, plaintiff, against the General Accident Fire & Life Assurance Corporation, Limited, defendant, to recover on an accident insurance policy. From a judgment in favor of plaintiff for $810, defendant appeals.

JOHN A. BLOOMINGSTON, for appellant.

M. D. DOLAN, for appellee; FREEMAN K. BLAKE, of counsel.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

INSURANCE, § 435*—*when claim should be prorated because insured was engaged in more hazardous employment.* In an action upon an accident insurance policy, where the rate of premium was based upon the occupation of the assured, and where liability was not disclaimed, but it was contended by the defendant that plaintiff was injured in doing an act in an occupation classified as more hazardous than that stated in his application, and that therefore his claim should be prorated, and where, although plaintiff was insured on the basis of being engaged as mill proprietor with office work, he was engaged in the more hazardous occupation of super-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

intending work, prior to and at the time of being injured, *held* that the judgment in favor of plaintiff on the basis of his being engaged as a mill owner with office work should be reversed, and a judgment entered in the Appellate Court on the basis of his being engaged in superintending work.

---

## American Trust & Savings Bank, Appellee, v. A. Bauer Distilling & Importing Company, Appellant.

### Gen. No. 22,340.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding.  Heard in the Branch Appellate Court at the March term, 1916.  Affirmed.  Opinion filed April 10, 1917. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Action by the American Trust & Savings Bank, a corporation, plaintiff, against A. Bauer Distilling & Importing Company, defendant, to recover on a promissory note.  From a judgment for plaintiff, defendant appeals.

JAMES R. WARD, for appellant.

McGILVRAY, EAMES & VAUGHAN, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

1.   CORPORATIONS, § 387*—*when knowledge of officer received in unofficial capacity not imputed to corporation.*  In an action on a note by a banking corporation, which received the same in good

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.